IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROXANNE KOCI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CENTRAL CITY OPTICAL COMPANY | : | NO. 14-2983 |
| d/b/a/ PHILADELPHIA EYEGLASS LABS | : | |

ORDER

AND NOW, this 14th day of November, 2014, upon consideration of the motion to dismiss by defendant Central City Optical Company, doing business as Philadelphia Eyeglass Labs ("PEL") (docket entry # 8), and plaintiff's response thereto, and for the reasons articulated in the accompanying Memorandum, it is hereby ORDERED that:

1. Defendant PEL's motion to dismiss is GRANTED; and

2. The Clerk of Court shall CLOSE the case statistically.

BY THE COURT:

  /s/ Stewart Dalzell, J.
Stewart Dalzell, J.